UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES LYNCH, LLOYD JONES, and
BARON SPENCER, on behalf of
themselves and others similarly situated,

                    17cv7577

            Plaintiffs,

                    ORDER

            -against-

CITY OF NEW YORK,

            Defendant.

---

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having filed a joint status report on June 8, 2020 (ECF No. 90), this Court hereby orders the following:

(1) In light of Defendant's representation that its e-discovery vendor, Epiq, is scheduled to resume scanning operations by July 1, 2020, the parties shall file a joint status report on July 9, 2020 concerning Defendant's progress in producing hard-copy records.  In the interim, Defendant shall prioritize the collection and production of any comparable electronic records previously requested by Plaintiffs, including bail receipts and IFCOM records.  The parties shall include an update on the production of any such electronic records in the July 9 status report.

(2) Defendant shall produce to Plaintiffs all versions of the Fax Bail Processing Form—and any similar forms used by the New York City Department of Correction ("DOC") since 2011—as well as all completed Fax Bail Processing Forms for March 2017.  The parties shall update this Court on the production of those forms in the July 9 status report.

(3) Defendant shall update Plaintiffs by July 6, 2020 on its efforts in searching for and collecting responsive documents from local and shared drives of DOC facilities that process bail.  The parties shall update this Court on the production of any such responsive documents in the July 9 status report.

(4) Plaintiffs may proceed with depositions of low-level fact witnesses from any DOC facility that processes bail, including the Vernon C. Bain Correctional Center, the Brooklyn Detention Complex, and the Metropolitan Detention Center.

Dated: June 24, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.