```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LYNCH, et al.,

    Plaintiffs,

-against-

THE CITY OF NEW YORK,

    Defendant.

17-CV-7577 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter-motion dated June 2, 2022 (Dkt. No. 149) plaintiffs seek an order compelling non-parties New York State Department of Corrections and Community Service (DOCCS) and New York State Office of Information Technology Services (ITS) to comply with plaintiffs' subpoenas duce tecum dated March 4, 2022. Responding letters are due no later than **June 8, 2022**; any reply is due no later than **June 10, 2022**. The Court will conduct a discovery conference on **June 14, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. **It is the Court's intention to resolve the dispute based on the letters submitted, augmented by such argument as may be presented at the conference, unless the Court directs more formal briefing**.

    Plaintiffs shall promptly serve a copy of this Order upon DOCCS and ITS and file proof of such service on ECF.

Dated: New York, New York
       June 6, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**