UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JAMES LYNCH ET AL.,
                        Plaintiffs,            17-cv-7577 (JGK)

        - against -                            ORDER

THE CITY OF NEW YORK,
                        Defendant.
_____

JOHN G. KOELTL, District Judge:

On November 16, 2021, a suggestion of death was filed as to
plaintiff James Lynch. ECF No. 128. The suggestion of death was
served on all of the parties by December 15, 2021. ECF No. 131.
Under Federal Rule of Civil Procedure 25(a)(1), if a party dies
and no motion for substitution is "made within 90 days after
service of a statement noting the death, the action by or
against the decedent must be dismissed." Because more than 90
days have elapsed since the suggestion of death was served on
all of the parties and no motion for substitution has been
filed, the claims of James Lynch are dismissed.

SO ORDERED.
Dated:    New York, New York
          June 17, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge