

'UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LYNCH, et al.,

        Plaintiffs,

-against-

THE CITY OF NEW YORK,

        Defendant.

17-CV-7577 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of plaintiff James Lynch's death and the dismissal of his claims (Dkt. No. 158), the Clerk of Court is respectfully directed to re-caption the case as *Lloyd Jones, et al., v. The City of New York*.

Dated: New York, New York
       June 27, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**