USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYd JONES, et al.,

       Plaintiffs,

-against-

THE CITY OF NEW YORK,

       Defendant.

17-CV-7577 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

No later than **August 5, 2022**, the parties shall submit a confidential joint letter, via email to Moses_NYSDChambers@nysd.uscourts.gov, limited to four pages, updating the Court as to the status of their settlement negotiations and advising the Court whether a further judicially-supervised settlement conference would be productive.

Dated: New York, New York
       July 19, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**