# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| JONATHAN S. ABADY<br>MATTHEW D. BRINCKERHOFF<br>ANDREW G. CELLI, JR.<br>RICHARD D. EMERY<br>DEBRA L. GREENBERGER<br>DIANE L. HOUK<br>DANIEL J. KORNSTEIN<br>HAL R. LIEBERMAN<br>ILANN M. MAAZEL<br>KATHERINE ROSENFELD<br>ZOE SALZMAN<br>SAM SHAPIRO<br>EARL S. WARD<br>O. ANDREW F. WILSON | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | VASUDHA TALLA<br><br>NAIRUBY L. BECKLES<br>MARISSA BENAVIDES<br>DAVID BERMAN<br>NICK BOURLAND<br>SARA LUZ ESTELA<br>ANDREW K. JONDAHL<br>NOEL R. LEÓN<br>SANA MAYAT<br>HARVEY PRAGER<br>VIVAKE PRASAD<br>MAX SELVER<br>EMILY K. WANGER |

November 22, 2022

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Jones, et al. v. The City of New York,* No. 17 Civ. 7577

Dear Judge Koeltl:

This firm, together with co-counsel Romano & Kuan PLLC and Kaufman Lieb Lebowitz & Frick, represents Plaintiffs Baron Spencer and Lloyd Jones in this action.

Today Plaintiffs filed a Motion seeking preliminary approval of the class action settlement executed between the parties on October 21, 2022 resolving all claims in this action. Defendants will not oppose Plaintiffs' motion so long as it conforms to the terms of the agreement. Plaintiffs also filed a proposed Preliminary Approval Order for the Court's consideration.

The parties' jointly request that the Court enter the following dates in the Preliminary Approval Order based on the proposed schedule negotiated by Plaintiffs, Defendant, and Rust Consulting, Inc. (the proposed settlement administrator):

(1) <u>Date by which Claim Packet shall be mailed</u>: at least 55 days after the date that the Preliminary Approval Order is issued;

(2) <u>Date of Fairness Hearing</u>: at least 210 days after the date that the Preliminary Approval Order is issued;

(3) <u>Date by which Requests for Exclusion, Objections, and Letters of Intention to Appear at the Fairness Hearing, and Notices of Appearance shall be filed</u>: 35 days prior to the date set for the Fairness Hearing;

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

(4) <u>Date by which Motion Seeking Final Approval of the Settlement Agreement and Motion for Attorneys' Fees and Costs shall be filed</u>: 15 days prior to the date set for the Fairness Hearing.

    Thank you for consideration of this request.

                                    Respectfully Submitted,

                                    /s/ Debra L. Greenberger
                                  Debra L. Greenberger