UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

                Plaintiffs,

- against -

THE CITY OF NEW YORK,

                Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter in the mail. The letter was sent by Robert Jones, a class member in this case, who appears to object to the terms of the Settlement Agreement which has been preliminarily approved pending a fairness hearing to be held on July 11, 2023. ECF No. 179. The letter is being provided to class counsel to consider whether it is an objection to the terms of the Settlement Agreement or a request for exclusion from the class.

    In the letter, Mr. Jones also requests the appointment of pro bono counsel to assist him in litigating his claims. Mr. Jones may contact the New York Legal Assistance Group for assistance, whose flyer is also attached to this Order. Mr. Jones should be aware that the class is being represented by class counsel.

SO ORDERED.

Dated:    New York, New York
            April 11, 2023

                                                  John G. Koeltl
                                          United States District Judge

```
                    Robert Jones
                     19A1814
                  Shawangunk Corr Fac
                     P.O. Box 700
                 Wallkill New York 12589
```

Date: April 2, 2023.

Hon : Judge John G. Koeltl, USDJ
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York N.Y. 10007.



Re : Lloyd Jones and Baron Spencer
     Behalf of Themselves and Others
     Similarly Situated et al, et seq.

                    v.

     City of New York, Defendants
     ECF case No. 17-civ-7577
     N.Y.C. Bail Settlement-7817.

Dear Judge Koeltl:

   I am the above named Claimant similarly situated as held in the matter of Jones v. City of New York, Municipal Corporation ECF No. 17-civ-7577; New York City Bail Settlement-7817 Registration Code # P7BUAAQA9.

   Claimant by this Notice of Objection to the settlement amount seeks to inform the Court of the Special Injuries suffered by the conduct of both the City of New York, Department of Correction "DOC" and the City of New York, Police Department "NYPD" which has resulted in a Constitutional. Substantive Due Process Rights Violation.

   Under a Protected interest Secured and Guaranteed pursuant to the 4th and 14th Amendment U.S.Const. As are setforth in grate detail in a letter sent to Class Representative Law Firm of Emery Celli Brinckerhoff Abady Ward & Maazel, 600 5th Avenue, New York N.Y. 10020.

   Claimant herein due to his financial status and enability to effectively. Litigate this matter as a Pro-se litigant seeks special consideration. to ensure full redress for the injuries suffered.

   Appointment of Pro-Bono Counsel to litigate this matter on behalf of this claimant.

                    Thank You In Advance !!!


                                              Robert Jones, Claimant

# NYLAG
New York Legal Assistance Group

## Services Provided for Self-Represented Litigants in the Southern District of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York provides free limited legal assistance to individuals who are representing themselves or planning to represent themselves in civil lawsuits in federal court in Manhattan and White Plains. The clinic is staffed by attorneys, law students, and paralegals. Information given to clinic staff is confidential.

## Clinic Staff Can:

- Advise on filing cases in federal court, including on the issue of whether a case should be filed in the Southern District of New York or somewhere else;
- Provide legal advice in response to questions that come up at any stage of litigation;
- Assist in getting additional information or research into the legal issue in your case;
- Review and explain court orders and filings by your opponent, and provide an overview of the federal legal process in civil cases generally;
- Assist with motions, discovery, and strategy;
- Assist with getting ready for depositions, pretrial conferences, mediations, and court appearances;
- Provide forms and instructions manuals;
- In appropriate cases, help you retain pro bono counsel;
- In appropriate cases, represent you in a mediation through the Southern District's Alternative Dispute Resolution Program, or a court-ordered settlement conference;
- In appropriate cases, represent you at a deposition; and
- In appropriate cases, provide referrals to other agencies and organizations that provide civil legal services and/or social services.

Use of the NYLAG Legal Clinic for Pro Se Litigants is separate from any appointment of counsel by the court. A request for appointment of counsel requires a separate application and the decision whether to appoint counsel is entirely up to the court. Even if a litigant has consulted with Clinic staff, unless they retain other counsel and that counsel enters a notice of appearance, they remain unrepresented; are responsible for doing whatever is necessary in connection with the case; and must still submit all court papers to the Pro Se Intake Unit, located in Room 105 of the Daniel Patrick Moynihan Courthouse, 40 Foley Square, New York, New York, or by following the court's instructions for filing via email as a pro se litigant.

## Clinic Staff Cannot:

- Assist with federal civil cases that belong in a different federal court, such as the Eastern District of New York, which covers of New York, which covers Brooklyn, Queens, Staten Island, and Nassau and Suffolk Counties;
- Assist with an appeal of your federal case;
- Assist with state court cases, bankruptcy court cases, or criminal cases;
- Pay any of the costs associated with filing or defending a lawsuit in federal court;
- File documents with the court on your behalf;
- Appear on your behalf other than representation at a mediation through the Southern District's Alternative Dispute Resolution Program, a court-ordered settlement conference, or, in appropriate cases, a deposition;
- Write court documents for you; or
- Conduct an investigation into the facts of your case.

## Clinic Staff May Decline Assistance If:

- NYLAG has already given advice to your opponent;
- Your legal problem is beyond the scope of matters handled by the clinic;
- Providing assistance would conflict with the New York Rules of Professional Conduct;
- Your income and/or assets are high enough to allow you to retain private counsel; or
- NYLAG determines, in its professional legal judgement, that (i) you have refused to cooperate with the Clinic's counsel or follow the Clinic's advice; (ii) any assistance would be unreasonably difficult for NYLAG to carry out; or (iii) your case is or will become frivolous, unreasonable, groundless, or without merit.

New York: Thurgood Marshall United States Courthouse | Room LL22 | 40 Foley Square | New York, NY 10007 | (212) 659 6190 |
https://nylagoi.legalserver.org/modules/matter/extern_intake.php?pid=142&h=cea984&


a beneficiary of
UJA Federation
of New York