UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES, ET AL.

               Plaintiffs,

    - against -

THE CITY OF NEW YORK,

              Defendant.

17-cv-7577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court is in receipt of a letter from Frederick Williams objecting to the terms of the Settlement Agreement, ECF No. 179. The objection will be filed under seal because the letter contains personally identifying information.

SO ORDERED.
Dated:    New York, New York
          June 5, 2023

                                      John G. Koeltl
                                  United States District Judge