```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

LLOYD JONES, ET AL.,

                        Plaintiffs,

           17-cv-7577 (JGK)

      - against -

           ORDER

CITY OF NEW YORK,

                        Defendant.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court has received another objection from Frederick Williams by letter. The Court forwards the letter to the parties and will file the objection separately under seal because the letter contains personally identifying information. Mr. William's second objection is also addressed by the Order directing Mr. Williams to appear at the settlement hearing by telephone or by personal representative.

    The Court has also received a letter from Taia Harris, a personal representative for Mr. Williams, which the Court will file on the docket. The letter from Ms. Harris is attached to this Order.

    The Clerk is directed to mail a copy of this order to Mr.

Williams and to note service on the docket.

**SO ORDERED.**

Dated:  New York, New York
        June 21, 2023

_____
John G. Koeltl
United States District Judge

To whom it may concern:

Hello, my name is Taia Harris and I am the power of attorney for Frederick Williams. If he is not produced for the hearing, I will be there to speak on his behalf on July 11, 2023 at 500 Pearl St.

                                      Sincerely,

                                      Taia Harris

Dear Judge Koeltl,

  Frederick Williams is asking can the court please foil the medical records, incident report, photos and any video of the assault that took place on March 15th, 2022. His hippa form has already been sent in.

  Class counsel has advised him that they are not going to request them because "his claim has no merit and they don't want to open a can of worms that they're not ready to deal with." They also suggested for me to request the court to subpoena the records, which can be done easier and faster. So that they can be there before July 11th.

Thank you,

Taia Harris

Re: Jones vs. City of New York No:17-CIV-7577

EXHIBIT 2 CONFIRMATION TEXT FROM RELATIVE WHEN BAIL WAS PAID, WHEN HE FINALLY CAME OUT AND WAS UPSET ABOUT HIS MISSING CLOTHES AND ID



