UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLOYD JONES and BARON SPENCER, on Behalf of Themselves and Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　- against -<br><br>CITY OF NEW YORK,<br><br>　　　　　　　　　　　　Defendant. | ECF Case<br>No. 17 Civ. 7577<br><br>**NOTICE OF MOTION** |

　　　　　　PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Settlement, the Declaration of Debra L. Greenberger dated June 26, 2023 and exhibits thereto, the Declaration of Tiffaney Janowicz dated June 26, 2023 and exhibits thereto, and upon all prior pleadings, Plaintiffs, by their counsel Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM") and Kaufman Lieb Lebowitz & Frick ("KLLF"), will move this Court at a Fairness Hearing scheduled for July 11, 2023 at 4 p.m., at the United States Courthouse, 500 Pearl Street, New York, New York, before the Honorable John G. Koeltl, United States District Judge, for an Order:

　　(i)　　Granting final approval of the settlement with Defendant City of New York dated October 21, 2022;

　　(ii)　　Certifying the settlement class and appointing Plaintiffs as the class representatives and ECBAWM and KLLF as class counsel for the settlement class;

　　(iii)　　Finding that notice to the class was materially consistent with the Court's directives in the preliminary approval order;

(iv) Approving service awards in the amount of $20,000 each to Plaintiffs Lloyd Jones and Baron Spencer; and

(v) Granting such other and further relief as may be just and proper.

Dated: June 26, 2023
       New York, New York

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____/s/_____
Matthew D. Brinckerhoff
Julia P. Kuan
Debra L. Greenberger
Vasudha Talla
600 Fifth Avenue, 10th Floor
New York, New York 10020
212-763-5000

KAUFMAN LIEB LEBOWITZ & FRICK
David Lebowitz
10 E. 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332
*Attorneys for Plaintiffs and Preliminarily Certified Class*