UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LLOYD JONES, ET AL.,

           Plaintiffs,

    - against –

CITY OF NEW YORK,

           Defendant.
_____

17-cv-7577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit courtesy copies of all papers filed in connection with the motion for final approval of settlement.

SO ORDERED.

Dated:    New York, New York
          June 27, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge