```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LLOYD JONES, ET AL.,

        Plaintiffs,

- against -

THE CITY OF NEW YORK,

        Defendant.

17-cv-7577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has filed under seal medical records sent by Frederick Williams, who had objected to the terms of the Settlement Agreement that the Court finally approved on July 11, 2023. See ECF No. 208.

SO ORDERED.

Dated:   New York, New York
        July 12, 2023

                                      John G. Koeltl
                                United States District Judge