UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES and BARON SPENCER, on
Behalf of Themselves and Others Similarly
Situated,

                                   Plaintiffs,

   - against -

CITY OF NEW YORK,

                                  Defendant.

ECF Case
No. 17 Civ. 7577

[~~PROPOSED~~] JUDGMENT

IT IS ADJUDGED that, in accordance with Rule 58 of the Federal Rules of Civil Procedure and the final approval order entered by the Court on July 11, 2023 (the "Order"), this Court fully and finally approves the proposed Settlement as fair, reasonable, and adequate and approves as reasonable under the circumstances the service awards of $20,000 each to the Named Plaintiffs Lloyd Jones and Baron Spencer.  Accordingly, the claims asserted in this Action are hereby dismissed with prejudice with the exception of Plaintiffs' attorneys' fees and costs and this action is hereby closed; the entry of Judgment shall not release Plaintiffs' claims for attorneys' fees and costs.

Without in any way affecting the finality of this Judgment, the Court expressly retains exclusive and continuing jurisdiction over the Settlement, the Parties to the Settlement, Class Members, and anyone else who appeared before this Court for all matters relating to the Settlement, including approving and awarding attorneys' fees and costs of Class Counsel, the implementation and enforcement of the terms of the Settlement and the Order, and for any other reasonably necessary purpose.

The clerk of the court is directed to enter this JUDGMENT in accordance with

Federal Rule of Civil Procedure 58 this ____ day of July, 2023.

THE HONORABLE JOHN G. KOELTL
United States District Judge

2