UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

          Plaintiffs,

   - against -

THE CITY OF NEW YORK,

          Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has filed under seal correspondence relating to the Settlement Agreement that the Court finally approved on July 11, 2023. See ECF No. 208.

SO ORDERED.

Dated:    New York, New York
           July 19, 2023

                                   John G. Koeltl
                             United States District Judge