UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET Al.,

        Plaintiffs,

- against -

THE CITY OF NEW YORK,

        Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from Russell Smith, which it transmits to the parties and requests plaintiffs' counsel to respond to Mr. Smith.

SO ORDERED.

Dated:    New York, New York
           September 27, 2023

                                      John G. Koeltl
                                  United States District Judge

Russell Smith 17A2320
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000

September 20, 2023

Hon. John G. Koelti   Room 14A
United State District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

ATT: Hon. John G. Koelti

RE: N.Y.C Class Action Bail Settlement

Your Honor;

I address this letter to the Court in Good Faith regarding to the above said RE: On the following date of September 11, 2023, I have written a letter to Honorable John G. Koelti of the United State District Court Southern District of New York, regarding to the N.Y.C Bail Class Action Settlement. Due to the Courts date of holding a fairness hearing, which was on July 11, 2023, It has become my concern on whether the Court has approve in the N.Y.C Class Action Bail Settlement Claim, and if so, have the Court set a date on the disbursment of the settlement checks.

I Also, write to notified the court of my change address.

I have been Transfer to Green Haven Correctional Facility. P.O Box 4000, Stormville, New York 12582-4000

Please kindly notified me due to the Inquirey of this letter.

Respectfully Yours,
Russell Smith
17A2320