UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

        Plaintiffs,

- against -

THE CITY OF NEW YORK,

        Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court transmits this letter to counsel for the plaintiffs' class and requests a response by **October 20, 2023**, concerning how the request was handled.

SO ORDERED.

Dated:    New York, New York
            October 4, 2023

                                    John G. Koeltl
                                United States District Judge