UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES and BARON SPENCER, on
Behalf of Themselves and Others Similarly
Situated,

                                Plaintiffs,

    - against -

CITY OF NEW YORK,

                                Defendant.

ECF Case
No. 17 Civ. 7577

[PROPOSED] **ORDER**

**JOHN G. KOELTL, District Judge:**

1. Any claims received by Rust Consulting (the "Administrator") via online submission after December 12, 2023, or claims sent by mail that are postmarked after December 12, 2023, cannot be accepted by the Administrator and are ineligible for a settlement award pursuant to the settlement agreement in this action.

2. The City of New York shall pay the sum of $18,937.00 to the Administrator to cover expenses associated with communicating with individuals who submitted claims to the Administrator but do not appear on the City's class list. This amount is over and above the agreed-upon cap in direct notice and administrative costs of $1,091,388.00.

3. Individuals who submitted claims but do not appear on the class list shall provide to the Administrator documentation indicating they are members of the class within thirty days of the date the Administrator sends an email or mail communication to those individuals, otherwise the individuals' documentation shall be deemed untimely and shall not be considered.  Claimants who timely submit such documentation may be asked by the Administrator or the parties to provide additional documentation after the thirty-day

Case 1:17-cv-07577-JGK-BCM   Document 232   Filed 12/15/23   Page 2 of 2

deadline.

**SO ORDERED.**

**Date:**   **New York, New York**
   **December** _18_ **, 2023**

JOHN G. KOELTL
United States District Judge