```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

LLOYD JONES, ET AL.,

                Plaintiffs,

- against -

THE CITY OF NEW YORK,

                Defendant.

17-cv-7577 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court transmits this letter to counsel for the plaintiffs' class and requests a response by **February 13, 2024,** concerning how the request was handled.

SO ORDERED.

Dated:    New York, New York
            January 30, 2024

                                        John G. Koeltl
                                      United States District Judge

Carlos Pizarro
1070 Myrtle Avenue, Apt 303
Brooklyn, NY. 11206.

1-14-2024

Hon. John G. Koetl
District Judge
Court for the Southern District of New York
500 Pearl St,
New York, NY 10007



17cv 7577

Dear Hon. John G. Koetl

I am writing to you today in regards to the bail settlement that was made in 2023, I am requesting consideration to be included in the class action lawsuit. This is because I was not notified in a timely fashion due to the notifications being sent to the wrong email address. So I was unable to obtain the documentation by the deadline.
Currently I am at an ICL Myrtle Avenue supportive housing program, as well as receive ACT team services, I would greatly benefit from the money earned in the settlement.
My contact information is the following,
My phone number is 9177807424
My Email Address is: Carlosrubenpizarro92@gmail.com

I would gladly appreciate it if this issue could be resolved for me.

Thank you for your time.

Sincerely,

X Carlos Pizarro

Carlos R. Pizarro



Carlos Pizarro
1070 Myrtle Avenue
Apartment 303
Brooklyn, NY. 11206

RECEIVED
JAN 23 2024

Pro-se

United States Courthouse
- Southern District of New York
Action Class List
500 Pearl Street
New York, NY 10007