UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

                Plaintiffs,

    - against -

THE CITY OF NEW YORK,

                Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court transmits this letter to counsel for the plaintiffs' class and requests a response by **February 28, 2024**, concerning how the request was handled.

SO ORDERED.

Dated:    New York, New York
            February 14, 2024

                                                John G. Koeltl
                                        United States District Judge

February 5, 2024

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: ALLEN PROCTOR (Class Member of Jones v NYC Department of Corrections, 17 Civ 7577 (Dec. 1, 2022)/NYC Bail Settlement 7877); CLAIMANT I.D. # 0000654692; Claim Registration Code: 4ZKPAH55P; S.S. # 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

Your Honor:

I hereby respectfully seek this Court's relief based on major anomalies and questionable practices which resulted in the miscalculation of the total number of specific occurrences of overdetention and the subsequent undercompensation relative to the above-captioned matter of Jones v NYC Dept. of Corrections, 17 Civ 7577/NYC BAIL SETTLEMENT-7877. Moreover, judicial review and relief is sought at this time based on the lack of response to claimant's prior timely made objections to both the Administrator and counsel.

Specifically, as seen from the attached FOIL request that I recently sent to the Department of Corrections, I am presently seeking to definitively determine and identify the true, exact, and actual number of occurrences that I was overdetained between October 4, 2014 and October 21, 2022. Unfortunately, and to my extreme prejudice, it appears that counsel and/or others was either cognizant of the actual amount of such occurrences — and/or ineffective in identifying same — but still, nevertheless, decided to process the claim for one single occurrence which ultimately resulted in my unfair undercompensation (since I recall such occurrences occurring on at least FOUR OCCASIONS).

Notably, my particular claim made both explicit and implicit reference to the fact that, "I reasonably believe that I was released on bail(s) and at time(s) between October 4, 2014 and October 21, 2022" (emphasis added) (see attached claim). I therefore had clearly informed counsel of multiple occurrences of overdetention.

My many phone calls, as well as my letters, including the letter dated January 7, 2024, to the Administrator went unanswered (see copy attached). In addition, my attempts to obtain relief by stating same on counsel's (Ms. Debra Greenberger, Esq.) voicemail did not result in any response. Similarly, my attempt to obtain relief from counsel at Emery Celli Abady Brinckerhoff Ward Maazel, LLP proved to be unsuccessful.

It is respectfully submitted that based on my endeavors, which occurred prior to and after December 12, 2023, as well as the aforesaid grounds and reasons, that this Court cause a review and just and proper compensation to occur.

Respectfully yours,

Allen Proctor
1074 Washington Avenue, Apt. 4B
Bronx, NY
10456

January 28, 2024

ATTN: FOIL OFFICER
MANHATTAN DETENTION COMPLEX  URGENT LEGAL MATTER
New York City Department of Correction
125 White Street
New York, NY
10013

Re: FOIL REQUEST FOR SPECIFIC INFORMATION RELATIVE TO EX-DETAINEE'S PERIODS OF INCARCERATION BETWEEN OCTOBER 4, 2014 AND OCTOBER 21, 2022, WHEREAS DETAINEE WAS RELEASED ON VARIOUS BAILS DURING SUCH PERIODS

DEAR FOIL OFFICER:

Pursuant to the provisions of Article 6 of the Public Officers Law (sec. 84-90), which is also known as the Freedom of Information Law ("FOIL"), I hereby request to be afforded the following specific information and data:

1. Information, containing dates, relative to the specific ALLEN PROCTOR (NYSID # 2721483J), who, the undersigned ex-detainee, New York City DEPARTMENT OF CORRECTIONS, was released on bail by the and inclusive of October 4, 2014 and October 21, 2022.

2. Such similar information, as stated in the above paragraph, which may be applicable to ALLEN PROCTOR whenever he used an alias name and/or was identified by another or different NYSID number during such period of time.

Your prompt assistance in this matter would be very much appreciated.

Respectfully yours,

Allen Proctor
1074 Washington Avenue, Apt 4B
Bronx, NY
10456

cc: The Hon. Theo. Katz [?]

February 9, 2023

NYC Bail Settlement - 7817
PO Box 2654
Faribault, MN
55021-9654

Dear Sir:

Please find enclosed a Claim Form for filing in reference to the NYC Bail Settlement-7817. I further reasonably believe that I was released on date(s) at a time(s) between October 7, 2014 and October 2, 2022, and that such release was affected by a delay(s) of at least three (3) hours after the bail was paid.

Respectfully yours,

Allen Russo
1674 Washington Ave (Apt 4151)
Bronx, NY
11456

NYC BAIL SETTLEMENT - 7817
PO BOX 2554
FARIBAULT MN 55021-9654

## IMPORTANT LEGAL MATERIALS

*5000654692* -19136

ALLEN PROCTOR
1074 WASHINGTON AVE APT 4B
BRONX NY 10456

FOR OFFICIAL USE ONLY

01

Page 1 of 1

Claimant ID #:
0000654692

Claim Registration Code:
4ZKPAH55P

## CLAIM FORM

If you were in the custody of the NYC Department of Corrections and released on bail at least once between October 1, 2014 and October 21, 2022, and your release may have been delayed at least 3 hours after your bail was paid, you may submit a claim to request a payment of $3,500 per instance. Please submit this Claim Form only if you believe you fit this description. The Claim Form may be completed and submitted online at the Settlement Website: www.NYCBailSettlement.com, or you may fill out, sign, and submit this Claim Form by mail to the address at the top of the page.

The Claim Form must be submitted online or mailed and postmarked by June 6, 2023.

If you have questions about this claim form, please call 1-833-472-1994. Questions specific to how these payments may affect your government benefits, please call 1-800-674-9756.

### CLAIMANT IDENTIFICATION

Name: Allen Proctor

Date of Birth: 10 / 30 / 1956 (Month/Day/Year)   Social Security Number or I-TIN: 096 48 0045

Street Address (if different from above): _____

City/State/Zip Code: _____

### TAX IDENTIFICATION NUMBER

The payment you receive will be reported to the Internal Revenue Service (IRS). You may need to pay income taxes on it. If you do not provide your Social Security Number or I-TIN, your claim will be processed and the administrator is required by law to withhold a percentage of your payment for back-up withholding. To avoid back-up withholding, please provide your Social Security Number or I-TIN in the Claimant Identification Section. The Settlement Administrator cannot provide tax advice.

### ACKNOWLEDGEMENT AND SIGNATURE

I declare that I was released on bail from a jail run by the New York City Department of Correction on at least one occasion between October 4, 2014 and October 21, 2022. I reasonably believe that it may have taken at least three (3) hours after my bail was paid before I was released from custody.

Signature of Claimant: _Allen Proctor_

Date: February 9, 2023

January 7, 2024

Administrator
Rust Consulting, Inc.
NYC Bail Settlement - 7817
P.O. Box 2657
Faribault, MN
55021-7657

Claimant ID # 000 657692
Claim Registration Code: 4Z KPHH55P
SS#: 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

Re: REQUEST FOR ADDITIONAL FULL PAYMENT FOR EACH AND EVERY INSTANCE OF NUMBER OF QUALIFYING OCCURRENCES OF RELEASE PERTINENT TO THIS CLASS ACTION MATTER OF JONES v. NYC NYPD, et. al. CLASS [FULL]

Dear Sir/Madam:

My timely request for compensation for each and every time I was overdetained in regard to my release on bail was erroneous, which resulted in my being under-compensated. Specifically, I was only compensated for ONE (1) qualifying incident of occurrence, which resulted in a payout of $3,570.00. In actuality, however, between the periods of October 4, 2014 and October 24, 2024, I was subjected to overdetention on at least four (4) occasions during the bailout process.

That I reasonably believe that I was released on bail(s) at least four times (4) between October 4, 2014 to October 24, 2024. Clearly, I would be compensated for multiple occurrences. Presently, although I do not have the exact times or dates of such occurrences, such dates can surely be identified by a diligent search by your office. However, I, too, continue to such specific detail but would wish to preserve my right to supply and inform your office of same.

My most recent complaint dated February 7, 2023, specifically stated that I reasonably believed that I was released on bail(s) at least four times (4) between October 4, 2014 to October 24, 2024.

Any prompt assistance regarding this matter would be vastly appreciated.

Respectfully yours,
Allen Proctor
Allen Proctor
1874 Washington Avenue, Apt. 413
Bronx, NY
10456

cc: File