UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

        Plaintiffs,

- against -

THE CITY OF NEW YORK,

        Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court transmits this letter to counsel for the plaintiffs' class and requests a response by **March 25, 2024**, concerning how the request was handled.

SO ORDERED.

Dated:    New York, New York
            March 11, 2024

                                      John G. Koeltl
                                 United States District Judge

February 22, 2024

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** **Jones v. City of New York, 17-CV-7577**

Dear Judge Koeltl,

My name is Macye McCall, and I am currently detained at the Hudson County Jail. I was arrested on July 9, 2020 in the Eastern District of New York, 20-CR-290 (ARR), and have remained in custody since that date. I recently learned that I am a Class Member because I was previously detained in the New York Department of Corrections and my bail release was delayed. I was not aware of the settlement lawsuit until someone told me about it, so I called the hotline. A lawyer there told me that a letter had been mailed to an old address of mine telling me how to file a claim, but I never got that letter because I have been in jail and no longer have contact with anyone at that address. No one ever sent it to me at the jail. I didn't find out about any of this until after the untimely claims period ended.

My criminal defense lawyer told me that in *In re: Oxford Health Plans, Inc.*, 383 Fed. App'x. 43 (2d Cir. 2010), the Second Circuit held that the District Court can choose to accept my claim even though the claims period has closed because under the circumstances, I had no way to know that I was a Class Member. If I had been sent the letter to my current address, I definitely would have filed the claim.

Please let me know if I can file my claim now. You can send mail to me at:

Hudson County Department of Corrections & Rehabilitation
Attn: Macye McCall, Inmate #362016
35 Hackensack Ave
Kearny, NJ 07032

Sincerely,

Macye McCall