```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

LLOYD JONES, ET AL.,                    17-cv-7577 (JGK)

            Plaintiffs,                 ORDER

    - against -

CITY OF NEW YORK,

            Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a conference regarding the plaintiffs' November 14, 2024 letter (ECF No. 254) on **Tuesday, November 26, 2024,** at **3:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
         November 18, 2024

                              _____
                                    John G. Koeltl
                              United States District Judge