UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES and BARON SPENCER, on Behalf of Themselves and Others Similarly Situated,

                              Plaintiffs,

- against -

CITY OF NEW YORK,

                              Defendant.

ECF Case
No. 17 Civ. 7577

[~~PROPOSED~~] **ORDER**

---

**JOHN G. KOELTL, District Judge:**

        Rust Consulting (the "Administrator") is authorized to transfer eight million dollars ($8,000,000) from the distribution account of the Qualified Settlement Fund ("QSF") to an interest-bearing, Insured Cash Sweep bank account. The Administrator may keep the funds deposited in the interest-bearing account until the funds earn interest in an amount covering the shortfall to the QSF plus tax liability, but shall return funds from the interest-bearing account to the distribution account if the balance in the distribution account falls beneath two million dollars ($2,000,000). This Order is without prejudice to any remedies that may be available against any parties liable for the shortfall.

SO ORDERED.

Date: New York, New York
       December 3, 2024

                                                    _____
                                                    JOHN G. KOELTL
                                                    United States District Judge