UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

LLOYD JONES, ET AL.,                      17-cv-7577 (JGK)

        Plaintiffs,              ORDER

  - against -

CITY OF NEW YORK,

        Defendant.

―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Daryl Stephen has filed a letter with the Court. The letter complains that Mr. Stephen was not released on bail in connection with a state court case. It also complains that he sought assistance from the New York Legal Assistance Group and was told that he had no case.

    Mr. Stephen asks that counsel be appointed for him. He also appears to contend that he should have been afforded relief in Jones v. New York City, No. 17-cv-7577, and he claims that he has consulted with Emery Celli, counsel for the plaintiff class in the Jones case, who did not provide any assistance for joining the class in the Jones case.

    It is unclear if Mr. Stephen is asserting a claim that he belongs to the class in the Jones case because that class consists of persons who, among other limitations, posted bail but were not released in a timely fashion. See generally Jones

v. City of New York, No. 17-cv-7577, 2024 WL 4307774 (S.D.N.Y. Sept. 26, 2024). Mr. Stephen appears to be complaining that he was not released on bail. In any event, the deadline for submitting claims in the Jones class has passed. See id. at *2. Nevertheless, Mr. Stephen's correspondence will be referred to the Emery Celli firm for any appropriate determinations as to whether Mr. Stephen is seeking any remedy in the Jones action.

Mr. Stephen's application for appointment of counsel is **denied** without prejudice because he has failed to show that his claim is likely to have merit. See Cooper v. A. Sargenti Co., 877 F.2d 170, 174 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986).

The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address:

Daryl Stephen
1316 Sterling Pl Apt 1R
Brooklyn, NY 11213

**SO ORDERED.**

**Dated:** New York, New York
January 29, 2025

_____
John G. Koeltl
**United States District Judge**

2