UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

        Plaintiffs,

- against -

CITY OF NEW YORK,

        Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from Mr. Stephen. To the extent that Mr. Stephen claims that he was granted bail and was not released in a timely fashion and should be included in the class settlement in Jones v. City of New York, No. 17-cv-7577, the Court has referred his complaint to the Emery Celli firm. Emery Celli is in a position to advise Mr. Stephen if he has any avenue for relief and to refer his claim to the administrator of the settlement fund for any other determination.

    But Mr. Stephen is advised that the time to file any necessary claim in the Jones settlement has passed. The deadline for filing late claims was December 12, 2023. See Jones v. City of New York, No. 17-cv-7577, 2024 WL 4307774, at *1-2 (S.D.N.Y. Sept. 26, 2024). The request for a personal conference with respect to participating in the class settlement is denied.

The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address:

Daryl Stephen
1316 Sterling Pl Apt 1R
Brooklyn, NY 11213

**SO ORDERED.**

Dated:   New York, New York
         February 10, 2025

_____
John G. Koeltl
**United States District Judge**

February 4th 2025

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Re: LLOYD JONES and BARON SPENCER,

on

Behalf of Themselves and Others Similarly

Situated v. CITY OF NEW YORK

1:17-cv-07577-JGK-BCM

Dear John Koeltl:

I am the Plaintiff, appearing *pro se* in the above-referenced action. I am petitioning to the court requesting rule 16 conference with opposing counsel and the courts. I also request that this conference be a virtual conference to avoid any scheduling discrepancies.

Sincerely, Daryl Stephen

1316 Sterling pl Brooklyn NY
917-547-2145
Daryl.e.stephen@gmail.com

Dear Mr, Koeltl

I am writing to seek your consent to a virtual conference Rule 16 conference. It would seem as if my letter and the complaint I attempted to convey has been greatly misconstrued. Please forgive me, I may not have been clear in my January 2025 letter to the courts and would like to speak with the courts and defense council so that no information is taken out of context.
For example Judge Koeltl respond to my December complaint states that I (pro-se) am complaining that I was Not released on bail, when I stated the opposite in my letter. Furthermore the response from the judge has stated that my complaint be forwarded to Emery Celli firm even though in my January 2025 complaint I stated Emery firm has given up on helping me since December 2023. I don't believe I was able to communicate with the courts effectively though writing letters.

Therefore I humbly request rule 16 conference with the opposing counsel, the courts and myself, so that this matter is able to progress without any more misinterpretation. In conclusion I believe this is the best course of action to make sure all parties are of understanding in terms of my complaint. Also I would like to make this rule 16 conference a virtual conference with the purpose of avoiding any scheduling conflicts between myself, opposing counsil and the courts. L

Thank you for your consideration of my request. I look forward to hearing from you.

Sincerely,

Daryl Stephen