```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LLOYD JONES, ET AL.,

                **Plaintiffs,**

    - against –

CITY OF NEW YORK,

                **Defendant.**

------------------------------------------------

17-cv-7577 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    By **March 21, 2025,** the City should explain why Mr. Stephen is not a member of the Class and/or why any claim by Mr. Stephen should not be accepted. Mr. Stephen may respond by **April 4, 2025.**

    The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address:

```
Daryl Stephen
1316 Sterling Pl Apt 1R
Brooklyn, NY 11213
```

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 6, 2025**               /s/ John G. Koeltl
                                              **John G. Koeltl**
                              **United States District Judge**