UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD JONES, ET AL.,

                Plaintiffs,

    - against -

CITY OF NEW YORK,

                Defendant.

17-cv-7577 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Daryl Stephen asks for the appointment of counsel to pursue his claim that he is a member of the class in Jones v. City of New York, No. 17-cv-7577. The application is **denied** because Mr. Stephen has failed to show that he has a meritorious claim that warrants the appointment of counsel. See Cooper v. A. Sargenti Co., 877 F.2d 170, 174 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986).

    The City argues persuasively that, on two occasions during the class period, Mr. Stephen was not released by the Department of Correction ("DOC") after bail was paid because a court-ordered surety examination was required before DOC could release Mr. Stephen and, after that surety exam occurred on both occasions, Mr. Stephen was released. See ECF Nos. 263, 265. Because this court-ordered surety exam was an additional condition on Mr. Stephen's release after bail was paid, Mr. Stephen was not and could not be released "upon payment of

bail," and accordingly does not meet the settlement class definition. The application for participation in the class is therefore **denied**.

The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address:

    Daryl Stephen
    1316 Sterling Pl Apt 1R
    Brooklyn, NY 11213

**SO ORDERED.**

Dated:    **New York, New York**
               **April 28, 2025**

                                                    John G. Koeltl
                                      **United States District Judge**