```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LLOYD JONES, ET AL.,

            Plaintiffs,

   - against -

CITY OF NEW YORK,

            Defendant.

17-cv-7577 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On June 23, 2025, the Court received Daryl Stephen's submission dated June 2, 2025, moving for reconsideration of the Court's April 28, 2025 Order (ECF No. 266). See ECF No. 267. The City is directed to respond to Mr. Stephen's motion for reconsideration by **July 9, 2025**. Mr. Stephen may reply by **July 21, 2025**.

The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address and note mailing on the docket:

    Daryl Stephen
    1316 Sterling Pl Apt 1R
    Brooklyn, NY 11213

**SO ORDERED.**

Dated:    New York, New York
         June 25, 2025

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                                       United States District Judge