```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LLOYD JONES, ET AL.,

               Plaintiffs,        17-cv-7577 (JGK)

    - against -                ORDER

CITY OF NEW YORK,

               Defendant.

---

**JOHN G. KOELTL, District Judge:**

On August 1, 2025, the Court received from Daryl Stephen a combined motion for reconsideration of the Court's July 24, 2025 Order (ECF No. 274) and motion to file under seal a "sealed addendum" and a section of the August 1, 2025 motion for reconsideration. The Court will file Mr. Stephen's August 1, 2025 submission under seal.

Mr. Stephen's motion to file under seal is **granted**. Mr. Stephen's August 1, 2025 submissions appear to refer to a separate "sealed document" or "sealed statement." However, that separate sealed statement detailing an incident referenced in Part II of Mr. Stephen's Memorandum of Law does not appear to have been submitted to the Court. Mr. Stephen should submit that "separate sealed document" to the Court under seal.

The Clerk is respectfully requested to mail a copy of this Order to Mr. Stephen at the following address and to note mailing on the docket:

Daryl Stephen
1316 Sterling Pl Apt 1R
Brooklyn, NY 11213

The Clerk is also requested to e-mail a copy of this Order to Mr. Stephen at DS027C@icloud.com.

**SO ORDERED.**

Dated:    New York, New York
         August 4, 2025

                                        _____
                                        John G. Koeltl
                                        United States District Judge

2