UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES, ET AL.,

                    **Plaintiffs,**

      **- against -**

THE CITY OF NEW YORK, ET AL.,

                    **Defendants.**

17-cv-7577 (JGK)

<u>Order</u>

**John G. Koeltl, District Judge:**

Enclosed is a letter the Court received from Joshua Gumora, who claims that he inadvertently failed to receive a payment in connection with the settlement of the <u>Jones</u> case. Class counsel, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, is requested to check with the Administrator and to report on the circumstances of this claim, including whether it is payable, paid, or barred.

The Court is emailing a copy of this Order to Mr. Gumora at GumoraAgain120@proton.me.

SO ORDERED.

Dated:     New York, New York
             June 30, 2026

                               John G. Koeltl
                     United States District Judge

To: Hon. John G. Koeltl
Lloyd Jones, et al.

RECEIVED
JUN 25 2026
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Dear Judge Koeltl, I am writing you regarding this lawsuit which I was passed over due to a clerical error.

evidently my name was spelled several different ways and the administrators never checked NYSID #s.

I spoke with Carlos montar martinez from Emerliy Brinkerhot and he said to write you to release the funds.

So please let go of the funds ASAP or tell the attorneys, as I need the money asap. And should have been paid years ago

Sincerly,

Joshua Gumor

me - GumoraAgain120@proton.me /3322714380

Attorney. cmartinez-montes@ECBAWm.com

please Email or text a response as I am living in a shelter and am transient.

Thank you



2536 Grand Ave #10
Bx NY 10461  89648 22 JUN 2025 PM 4 L

Hon. Judge Koelt
500 Pearl St
NY NY 10007

SDNY
10007-4800