UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES, ET AL

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendant.

17-cv-7577 (JGK)

Order

JOHN G. KOELTL, District Judge:

Joshua Gumora submitted a letter to the Court received on June 25, 2026, claiming that he was denied a payment as part of the settlement class in this case. See ECF No. 291. Class counsel responded to that letter on July 14, 2026, explaining why Mr. Gumora was not entitled to participate in the claim settlement (ECF No. 292), and there was no response to that letter. For the reasons explained in the class counsel's letter, Mr. Gumora is not entitled to payment from the claim settlement.

The Court is emailing a copy of this Order to Mr. Gumora at GumoraAgain120@proton.me.

SO ORDERED.

Dated: New York, New York
September 11, 2026

John G. Koeltl
United States District Judge