UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD JONES, ET AL.,

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendant.

17-cv-7577 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

Joshua Gumora submitted a letter to the Court dated October 23, 2026. See ECF No. 296. Class counsel should respond to this request for payment by **November 19, 2026.** Mr. Gumora may reply by **December 1, 2026.**

The Clerk is requested to email a copy of this Order to Mr. Gumora at GumoraAgain120@proton.me and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
November 5, 2026

John G. Koeltl
United States District Judge